BUCHALTER NEMER
A Professional Corporation
STEVEN BROWER (PRO HAC)
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612-0514
Telephone: (714) 549-5150
Facsimile: (949) 224-6410
Email: sbrower@buchalter.com

Attorneys for Plaintiff National Contractors
Insurance Company, Inc., a Risk Retention Group

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| NATIONAL CONTRACTORS INSURANCE COMPANY, INC., A RISK RETENTION GROUP,<br><br>Plaintiff,<br><br>vs.<br><br>FRANK FALCO et al,<br><br>Defendants. | Case No. CV-10-730-PMP<br><br>DISMISSAL OF ACTION PURSUANT TO FRCP 41(a)(1)(A)<br>[No Court Order Required Because No Defendant Has Appeared] |

Plaintiff National Contractors Insurance Company, Inc., a Risk Retention Group ("NCIC"), the only party which has appeared in this action, pursuant to FRCP 41(a)(1)(A) hereby dismisses this action, in its entirety, as follows::

1. The Court has previously entered the default of most of the defendants in this action. No defendant has appeared in this action.

2. NCIC subsequently entered into a confidential settlement agreement with most of the defendants.

WHERFORE, NCIC hereby dismisses the action <u>without</u> prejudice as to defendant Terra Cotta Construction Services, Inc., each party to bear its own costs.

WHEREFORE, NCIC hereby dismisses the action with prejudice as to all other defendants.

| | |
|---|---|
| 1 | DATED: May 18, 2010   BUCHALTER NEMER |
| 2 | A Professional Corporation |

By:_____
STEVEN BROWER
Attorneys for Plaintiff
National Contractors Insurance Company, Inc.,
a Risk Retention Group

IT IS SO ORDERED.

The Status Hearing set for 2/6/2012 at 11:30 a.m. is VACATED.

_____
PHILIP M. PRO
UNITED STATES DISTRICT JUDGE

Dated: February 1, 2012.